**EXHIBIT A**

21-001376

Image ID:
D00630798D02

| **SUMMONS** |

Doc. No.   630798

IN THE DISTRICT COURT OF LANCASTER COUNTY, NEBRASKA  **COPY TO SERVE**
575 S. 10th Street - 3rd Floor
SEPARATE JUVENILE COURT-4th Floor
Lincoln          NE 68508

Hornady Manufacturing Company, Inc. v. Green Ramp LLC

Case ID: CI 21    3570

TO:  Andrew Edge

You have been sued by the following plaintiff(s):

Hornady Manufacturing Company, Inc

**PERSONAL**

Plaintiff's Attorney:      John F Zimmer
Address:                   233 S 13th St, Ste 1900
                           Lincoln, NE 68508-2017

Telephone:                 (402) 474-6900

A copy of the complaint/petition is attached. To defend this lawsuit, an
appropriate response must be served on the parties and filed with the office of
the clerk of the court within 30 days of service of the complaint/petition. If
you fail to respond, the court may enter judgment for the relief demanded in the
complaint/petition.

Date:  SEPTEMBER  3, 2021    BY THE COURT:  _Troy L Cerk_
                                                    Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

Andrew Edge
1773 Harrison Rd
New Madison, OH 45346

BY:  Foreign Officer
Method of service:  Personal Service

You are directed to make such service within twenty days after date of issue,
and show proof of service as provided by law.

Filed in Lancaster District Court
*** EFILED ***
Case Number: D02CI210003570
Transaction ID: 0014161328
Filing Date: 08/30/2021 03:58:41 PM CDT

IN THE DISTRICT COURT OF LANCASTER COUNTY, NEBRASKA

| | |
|---|---|
| HORNADY MANUFACTURING COMPANY, INC. | Case No. CI 21 _____ |
| Plaintiff, | |
| v. | COMPLAINT |
| GREEN RAMP LLC, ANDREW EDGE, and ROY W. BROWN III a.k.a. CHIP BROWN | |
| Defendants. | |

COMES NOW the Plaintiff, Hornady Manufacturing Company, Inc., and for its causes of action against the Defendants Green Ramp LLC, Andrew Edge, and Roy W. Brown III a.k.a. Chip Brown, states and alleges as follows:

### PARTIES, JURISDICTION, AND VENUE

1.     Hornady Manufacturing Company, Inc. ("Hornady") is a Nebraska corporation with its principal place of business in Grand Island, Nebraska.

2.     Defendant Green Ramp LLC ("Green Ramp") is a Wyoming limited liability company which has its principal place of business in Darke County, Ohio and which does business in the State of Nebraska.

3.     Defendant Andrew Edge ("Edge") is an individual residing in Darke County, Ohio and is an owner of Green Ramp.

4.     Defendant Roy W. Brown a.k.a. Chip Brown ("Brown") is an individual residing Arlington County, Virginia and is an owner of Green Ramp.

5.     This Court has jurisdiction over the Defendants in this case because the Agreement which forms the basis of this action was negotiated and entered into in the State of Nebraska, and because, as set forth below, Defendants purposefully availed themselves of the State of Nebraska by entering into the Agreement and requesting and purchasing goods from Hornady in Nebraska pursuant to the Agreement.

6.     Venue is proper in Lancaster County, Nebraska pursuant to Neb. Rev. Stat. § 25-403.01 because the Defendants are nonresidents of the State of Nebraska.

FACTUAL ALLEGATIONS RELEVANT TO ALL CLAIMS

7.     Hornady manufactures and sells bullets, ammunition, and related accessories and products.

8.     On or about March 31, 2020, Hornady and Green Ramp entered into a certain credit application and distributor agreement (the "Agreement") for the purchase of products by Green Ramp from Hornady on credit.

9.     A true and correct copy of the Agreement is attached hereto as **Exhibit A** and incorporated herein by this reference.

10.     Pursuant to the Agreement and as shown through the course of performance and dealing between the parties, Green Ramp agreed to pay for products purchased and invoiced from  Hornady on open account, including interest thereon at the rate of 1.5 percent per month (18 percent per annum).

11.     Pursuant to and under the terms of the Agreement, Green Ramp made certain purchases of products from Hornady in Nebraska on credit, as evidenced by and in accordance with the terms of the invoices sent from Hornady to Green Ramp (the "Invoices").  True and correct copies of the Invoices are attached hereto as **Exhibit B** and incorporated herein by this reference.

12.     Hornady provided to Green Ramp the products referred to in the Invoices, as evidenced by the bills of lading and delivery receipts included in and with the Invoices.

13.     Hornady has fully performed all its obligations under the Agreement and Invoices.

14.     Green Ramp has failed and refused to pay its obligations to Hornady as required by the Agreement and the terms of the Invoices.

15.   As of August 16, 2021, there is due and owing to Hornady from Green Ramp the total amount of $179,378.39 (which includes principal of $171,323.40 and accrued interest of $8,054.99), along with interest as the same continues to accrue at the rate of 18% per annum ($84.49 per diem).

FIRST CLAIM FOR RELIEF – BREACH OF CONTRACT

16.   Hornady hereby incorporates by this reference the allegations contained in the foregoing paragraphs of this Complaint, as if fully set forth herein.

17.   Green Ramp has failed and refused to pay all the principal and interest due to Hornady under the Agreement and Invoices.

18.   There remain no conditions precedent to Green Ramp's obligation to pay for its purchases under the Agreement and Invoices.

19.   As a result of Green Ramp's failure to pay for its purchases under the Agreement and Invoices, Hornady has been damaged in the amount of principal and interest owing thereunder and continues to be damages in the amount of interest continuing to accrue.

WHEREFORE, Hornady respectfully requests that the Court enter judgment on its First Claim for Relief for Breach of Contract in Hornady's favor and against Defendant Green Ramp LLC in the amount of $179,378.39 with interest as the same continues to accrue from and after August 16, 2021 at the rate of 18% per annum ($84.49 per diem) together with Hornady's costs and reasonable attorney fees in this matter and for such other and further relief as is appropriate at law and equity.

SECOND CLAIM FOR RELIEF – RECOVERY ON OPEN ACCOUNT

20.   Hornady hereby incorporates by this reference the allegations contained in the foregoing paragraphs of this Complaint, as if fully set forth herein.

21.     As set forth herein, Hornady sold products to Green Ramp on open account, providing and delivering the products to Green Ramp on an ongoing basis and invoicing Green Ramp for the cost of the products sold.

22.     At Green Ramp's request, Hornady supplied and delivered the products set forth in the Invoices.

23.     Green Ramp agreed to pay Hornady for all the products supplied by Hornady, pursuant to the terms of the Agreement and Invoices.

24.     Hornady has been damaged by Green Ramp's failure to pay all sums now due on its open account and continues to be damaged in the amount of interest that continues to accrue.

WHEREFORE, Hornady respectfully requests that the Court enter judgment on its Second Claim for Relief for Recovery on Open Account in Hornady's favor and against Defendant Green Ramp LLC in the amount of $179,378.39 with interest as the same continues to accrue from and after August 16, 2021 at the rate of 18% per annum ($84.49 per diem) together with Hornady's costs and reasonable attorney fees in this matter and for such other and further relief as is appropriate at law and equity.

THIRD CLAIM FOR RELIEF: UNJUST ENRICHMENT

25.     Hornady hereby incorporates by this reference the allegations contained in the foregoing paragraphs of this Complaint, as if fully set forth herein.

26.     In the alternative, if and to the extent that the Court determines Hornady is not entitled to recover on its preceding First and Second Claims for Relief for Breach of Contract and Recovery on Open Account, then Hornady is entitled to recover under this Third Claim for Relief for Unjust Enrichment.

27.     Green Ramp knowingly requested and accepted certain products from Hornady.

28.    Green Ramp's receipt of the aforementioned products was of value and benefit to Green Ramp such that it would be unjust, inequitable, and unconscionable to permit Green Ramp to receive and retain the same without requiring Green Ramp to pay Hornady the reasonable value of said products.

29.    Hornady is therefore entitled to compensation from Green Ramp at *quantum merui* / unjust enrichment for the reasonable value of the products provided by Hornady and accepted by Green Ramp, which are reflected in the Invoices.

30.    The reasonable value of the products provided by Hornady and accepted by Green Ramp is $171,323.40 as reflected in the Invoices, along with interest accruing from and after the date of each of the Invoices.

WHEREFORE, Hornady respectfully requests that the Court enter judgment on its third alternative claim for relief for unjust enrichment in Hornady's favor and against Defendant Green Ramp LLC in the amount of $179,378.39 with interest as the same continues to accrue from and after August 16, 2021 at the rate of 18% per annum ($84.49 per diem) together with Hornady's costs and reasonable attorney fees in this matter and for such other and further relief as is appropriate at law and equity.

FOURTH CLAIM FOR RELIEF: BREACH OF GUARANTY

31.    Hornady hereby incorporates by this reference the allegations contained in the foregoing paragraphs if this Complaint, as if fully set forth herein.

32.    Defendant Andrew Edge unconditionally guaranteed to Hornady the full payment of all indebtedness owing from Green Ramp to Hornady under the Agreement and Invoices.

33.    Defendant Roy W. Brown a.k.a. Chip Brown unconditionally guaranteed to Hornady the full payment of all indebtedness owing from Green Ramp to Hornady under the Agreement and Invoices.

34.    The aforementioned guarantees by Edge and Brown are included in and with the Agreement (each together and separately referred to hereinafter as the "Guaranty").

35.    Despite demand, Edge has failed and refused to make payment of all amounts due to Hornady.  By reason thereof, and the default of Green Ramp under the Agreement and Invoices, Edge is in default under the Guaranty.

36.    Hornady is therefore entitled to judgment against Edge for the sum due and owing from Green Ramp to Hornady under the Agreement and Invoices.

37.    Despite demand, Brown has failed and refused to make payment of all amounts due to Hornady.  By reason thereof, and the default of Green Ramp under the Agreement and Invoices, Brown is in default under the Guaranty.

38.    Hornady is therefore entitled to judgment against Brown for the sum due and owing from Green Ramp to Hornady under the Agreement and Invoices.

39.    As a result of the breaches of the Guaranty by Edge and Brown, Hornady has been damaged in the amount of at least $179,378.39 with interest as the same continues to accrue from and after August 16, 2021 at the rate of 18% per annum ($84.49 per diem) together with Hornady's costs and reasonable attorney fees.

40.    There are no conditions precedent to the obligations of Brown and Edge under the Guaranty and Hornady has performed all its obligations thereunder.

WHEREFORE, Hornady respectfully request the Court enter judgment on its fourth claim for relief for breach of Guaranty in Hornady's Favor and against Defendants Andrew Edge and Roy W. Brown a.k.a. Chip Brown, jointly and severally, in the amount of $179,378.39 with interest as the same continues to accrue from and after August 16, 2021 at the rate of 18% per annum ($84.49 per diem) together with Hornady's costs and

reasonable attorney fees in this matter and for such other and further relief as is appropriate at law and equity.

DATED this 30th day of August, 2020.

HORNADY MANUFACTURING COMPANY, INC., Plaintiff

By:     /s/ John F. Zimmer, V
        Kevin J. Schneider - #18898
        John F. Zimmer, V - #26127
        CLINE WILLIAMS
        WRIGHT JOHNSON & OLDFATHER, L.L.P.
        233 South 13th Street
        1900 U.S. Bank Building
        Lincoln, NE 68508-2095
        (402) 474-6900
        kschneider@clinewilliams.com
        jzimmer@clinewilliams.com

4837-3485-0807, v. 1

 **Hornady.**
*Accurate. Deadly. Dependable.*


EXHIBIT
**A**

### CREDIT APPLICATION FORM

**APPLICANT INFORMATION**

| | |
|---|---|
| Company Name | Green Ramp LLC |
| Company Owner | Chip Brown, Rodney Cox, Gary Harrell, and Andrew Edge |
| Mailing Address | 1773 Harrison Road, New Madison, Ohio 45346 |
| Shipping Address | multiple locations, above is primary |
| City | State _____ Zip _____ |
| Business Phone | 614 578 7099   Fax _____ |
| Accounts Payable Contact | 614 578 7099   Ext. _____ |

**BANKING INFORMATION**

| | |
|---|---|
| Name of Bank | Chase Bank |
| Mailing Address | 541 Wagner Ave |
| City | Greenville   State Ohio   Zip 45331 |
| Business Phone | (937) 548-9391   Fax _____ |
| Contact | Luann Brickler   Ext. _____ |

**CREDIT REFERENCES**

| | |
|---|---|
| Company Name | Copper River Management Company |
| Mailing Address | 4501 Singer Road (Suite 300) |
| City | Chantilly   State VA   Zip 20151 |
| Business Phone | (703) 234-9000   Fax _____ |
| Contact | Ben Brucker, CEO   Ext. _____ |

| | |
|---|---|
| Company Name | Close Quarters Tactical, LLC |
| Mailing Address | 50485 Utica Drive |
| City | Shelby Township   State MI   Zip 48315 |
| Business Phone | (586) 726-4730   Fax _____ |
| Contact | Al Dustan, CEO/Owner   Ext. _____ |

| | |
|---|---|
| Company Name | Blackfish Tactical, LLC |
| Mailing Address | 4501 Singer Court (Suite 300) |
| City | Chantilly   State VA   Zip 20151 |
| Business Phone | (907) 331 0690   Fax _____ |
| Contact | Fred Blackburn, President   Ext. _____ |

**All new accounts must have prior approval.**





## CREDIT APPLICATION FORM

**TERMS**

Credit Terms:  LE Master Distributor

Invoices not paid within 30 days of due date will be assessed a 1.5% per month finance charge.  All accounts over 30 days will be shipped on a cash-advance basis and relinquish their privilege to credit until satisfactory credit is restored.

I/We understand and agree that the information provided is for the purpose of obtaining merchandise on credit.  I/We further understand and agree that all accounts or monies due to Hornady shall be paid in accordance with the Credit Terms stated above and agree to pay all reasonable costs of collection, in addition to any court costs and/or attorney fees incurred.  I/We authorize investigation of credit history and credit references.

BY: Andrew Edge, Chairman _____ Signature _____ Date 3/31/2020
    Name & Title (please print)

BY: Chip Brown, Vice Chairman _____ Signature _____ Date 3/31/2020
    Name & Title (please print)

BY: _____ Signature _____ Date _____
    Name & Title (please print)


**GUARANTY**

I/We, the undersigned, do hereby guarantee payment, as individual, of any indebtedness incurred by virtue of any and all credit extended in accordance with the above agreement and all of its terms and conditions.

Guarantor Name: Chip Brown _____   Individual SS# ▅▅▅-4993

Signature: _____   Date 3/31/2020

Guarantor Name: Andrew Edge _____   Individual SS# ▅▅▅-3353

Signature: _____   Date 3/31/2020


**CUSTOMER SHIPPING SETUP**

Mixed PO's on a Pallet: Can we put multiple PO's on the same pallet?   Yes ✓   No ☐
Mixed Lots in a Carton: Can we put mix Lot numbers in a box to make a full carton?   Yes ✓   No ☐
Partial Cartons: Can we ship partial boxes?   Yes ✓   No ☐
Pallet Labels: Can we put on single label on the pallet instead of labeling each carton?   Yes ✓   No ☐
Requires Pallet Detail Report with Shipment: Does the customer need a Pallet Detail Report to ship with the shipment in addition to the packing list?   Yes ✓   No ☐

**All new accounts must have prior approval.**



PHONE 308-382-1390
FAX# 308-382-5761
WATS# 800-338-3220

3625 W Old Potash Hwy., 68803 USA
REMIT TO: PO BOX 1848   GRAND ISLAND, NE 68802
For Inquiries: accountsreceivable@hornady.com

| CUSTOMER # | DATE | INVOICE | PAGE |
|---|---|---|---|
| 701457 | 1/27/21 | 2370787 | 1 |

**PLEASE NOTIFY HORNADY MFG OF ANY DISCREPANCIES WITHIN 24 HOURS.**

S O L D T O
GREENRAMP
1773 HARRISON RD
NEW MADISON, OH 45346-9795

701457

**EXHIBIT B**

S H I P T O
GREENRAMP
1773 HARRISON RD
NEW MADISON, OH 45346-9795

O HY LD

| CUSTOMER REFERENCE | SHIP VIA | ORDER # | SALESMAN NO. | TERMS |
|---|---|---|---|---|
| 1006 | FDX FREIGHT | 1419123 | 10113 | 4% 30 2% 60 NET 90 |

| ITEM NUMBER | | U/M | QUANTITY SHIPPED | QUANTITY BACK ORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | PRO# 5457135051 | | | | | |
| | DROP SHIPPED TO: | | | | | |
| | GREENRAMP     36661 | | | | | |
| | % CHS WAREHOUSE & LOGISITC | | | | | |
| | 620 DOBBIN RD | | | | | |
| | CHARLESTON, SC 29414-5585 | | | | | |
| 80895 | AMMO 300 BLACKOUT 190SUB-X TAP | BX | · 740 | 9,340 | 17.53 | 12,972.20 |
| | TOTAL WGT  677 LBS | | | | | |
| | | | | | Subtotal | 12,972.20 |

$518.89 DISCOUNT   NET AMOUNT DUE IF PAID BY  2/26/21    $12,453.31
$259.44 DISCOUNT   NET AMOUNT DUE IF PAID BY  3/28/21    $12,712.76

NET DUE  4/27/21 "PAST DUE" THEREAFTER . .  . . . . . . .USD TOTAL         12,972.20

| Date: 1/27/2021 | **BILL OF LADING** | Page 1 of 1 |
|---|---|---|

**SHIP FROM**

Name: HORNADY MFG COMPANY
Address: 8350 W OLD POTASH HWY
City/State/Zip: ALDA, NE  68810      FOB ☒

**Bill of Lading Number:** 264854

**SHIP TO**

Name: GREENRAMP
Address: 620 DOBBIN RD
Address:
Address:
City/State/Zip: CHARLESTON, SC  29414-5585
CID#: 0701457      FOB ☐

**CARRIER NAME:** FDX FREIGHT

**SCAC:** FEXF
**Pro Number:** 5457135051

**SPECIAL INSTRUCTIONS**

LIFT GATE REQUIRED FOR DELIVERY.

Phone: 614-578-7099

**Freight Charge Terms:**
Prepaid __X__      Collect _____      3rd Party _____

**CUSTOMER ORDER NUMBER INFORMATION**

| 1006 | 74 CTNS | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 1 | PLTS | 74 | CS | 677 | | CARTRIDGES,SMALL ARMS LTD QTY | 64300-02 | 85 |
| | | | | 40 | | TARE WEIGHT | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 1 | | 74 | | 717 | | **GRAND TOTAL** | | |

48X40X16

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. [] 14706(c)(1)(A) and (B).

**SHIPPER SIGNATURE / DATE**

This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.



# Hornady

PHONE 308-382-1390
FAX# 308-382-5761
WATS# 800-338-3220

3625 W Old Potash Hwy., 68803 USA
REMIT TO: PO BOX 1848    GRAND ISLAND, NE 68802
For Inquiries: accountsreceivable@hornady.com

| CUSTOMER # | DATE | INVOICE | PAGE |
|---|---|---|---|
| 701457 | 2/08/21 | 2381239 | 1 |

**PLEASE NOTIFY HORNADY MFG OF ANY DISCREPANCIES WITHIN 24 HOURS.**

```
S          GREENRAMP                    701457
O          1773 HARRISON RD
L          NEW MADISON, OH 45346-9795
D
T
O
```

```
S          GREENRAMP
H          1773 HARRISON RD
I          NEW MADISON, OH 45346-9795
P
T
O
```

O HY LD

| CUSTOMER REFERENCE | SHIP VIA | ORDER # | SALESMAN NO. | TERMS |
|---|---|---|---|---|
| 1005 | FEDEX GROUND | 1419102 | 10113 | 4% 30 2% 60 NET 90 |

| ITEM NUMBER | | U/M | QUANTITY SHIPPED | QUANTITY BACK ORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | TRACKING# 946800089702 | | | | | |
| | DROP SHIPPED TO: | | | | | |
| | GREENRAMP      36661 | | | | | |
| | % CHS WAREHOUSE & LOGISITC | | | | | |
| | 620 DOBBIN RD | | | | | |
| | CHARLESTON, SC 29414-5585 | | | | | |
| 80985 | AMMO 308 WIN 165GR GMX TAP BAR | BX | 20 | | 31.27 | 625.40 |
| | TOTAL WGT  25 LBS | | | | | |
| | | | | | Subtotal | 625.40 |

```
$25.02 DISCOUNT   NET AMOUNT DUE IF PAID BY  3/10/21     $600.38
$12.51 DISCOUNT   NET AMOUNT DUE IF PAID BY  4/09/21     $612.89
```

```
          NET DUE  5/09/21 "PAST DUE" THEREAFTER . . . . . . . . .USD TOTAL          625.40
```

**FedEx.**

August 16, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 946800089702

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | |
| Signed for by: | Signature on File | Delivery Location: | 620 DOBBIN RD |
| Service type: | FedEx Ground | | CHS WAREHOUSE   LOGI |
| Special Handling: | | | Charleston, SC, 29414 |
| | | Delivery date: | Feb 11, 2021 13:14 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 946800089702 | Ship Date: | Feb 8, 2021 |
| | | Weight: | 25.0 LB/11.35 KG |

**Recipient:**
GREENRAMP, GREENRAMP
CHS WAREHOUSE   LOGISITC
620 DOBBIN RD
CHARLESTON, SC, US, 29414

**Shipper:**
HORNADY MANUFACTURING CO, HORNADY MANUFACTURING CO
8350 W OLD POTASH HWY
ALDA, NE, US, 68810

| | |
|---|---|
| Reference | 1419102 |
| Shipment ID | 946800089702 |

Proof-of-delivery details appear below; however, no signature is available for this FedEx Ground shipment because a signature was not required.

Thank you for choosing FedEx



**Hornady**

PHONE 308-382-1390
FAX# 308-382-5761
WATS# 800-338-3220

3625 W Old Potash Hwy., 68803 USA
REMIT TO: PO BOX 1848   GRAND ISLAND, NE 68802
For Inquiries: accountsreceivable@hornady.com

| CUSTOMER # | DATE | INVOICE | PAGE |
|---|---|---|---|
| 701457 | 2/08/21 | 2381240 | 1 |

**PLEASE NOTIFY HORNADY MFG OF ANY DISCREPANCIES WITHIN 24 HOURS.**

S O L D T O
GREENRAMP
1773 HARRISON RD
NEW MADISON, OH 45346-9795

701457

S H I P T O
GREENRAMP
1773 HARRISON RD
NEW MADISON, OH 45346-9795

O HY LD

| CUSTOMER REFERENCE | SHIP VIA | ORDER # | SALESMAN NO. | TERMS |
|---|---|---|---|---|
| 1006 | FEDEX GROUND | 1419123 | 10113 | 4% 30 2% 60 NET 90 |

| ITEM NUMBER | | U/M | QUANTITY SHIPPED | QUANTITY BACK ORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | TRACKING# 946800089724 | | | | | |
| | DROP SHIPPED TO: | | | | | |
| | GREENRAMP      36661 | | | | | |
| | % CHS WAREHOUSE & LOGISITC | | | | | |
| | 620 DOBBIN RD | | | | | |
| | CHARLESTON, SC 29414-5585 | | | | | |
| 80985 | AMMO 308 WIN 165GR GMX TAP BAR | BX | 50 | | 31.27 | 1,563.50 |
| | TOTAL WGT  61 LBS | | | | | |
| | | | | | Subtotal | 1,563.50 |

$62.54 DISCOUNT   NET AMOUNT DUE IF PAID BY  3/10/21   $1,500.96
$31.27 DISCOUNT   NET AMOUNT DUE IF PAID BY  4/09/21   $1,532.23

NET DUE  5/09/21 "PAST DUE" THEREAFTER . . . . . . . . .USD TOTAL                    1,563.50

**FedEx.**

August 16, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 946800089724

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | |
| Signed for by: | Signature on File | Delivery Location: | 620 DOBBIN RD |
| Service type: | FedEx Ground | | CHS WAREHOUSE  LOGI |
| Special Handling: | | | Charleston, SC, 29414 |
| | | Delivery date: | Feb 11, 2021 13:14 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 946800089724 | Ship Date: | Feb 8, 2021 |
| | | Weight: | 38.0 LB/17.25 KG |

Recipient:
GREENRAMP, GREENRAMP
CHS WAREHOUSE  LOGISITC
620 DOBBIN RD
CHARLESTON, SC, US, 29414

Shipper:
HORNADY MANUFACTURING CO, HORNADY MANUFACTURING CO
8350 W OLD POTASH HWY
ALDA, NE, US, 68810

Reference                 1419123
Shipment ID              946800089713

Proof-of-delivery details appear below; however, no signature is available for this FedEx Ground shipment

because a signature was not required.

Thank you for choosing FedEx



**PHONE** 308-382-1390
**FAX#** 308-382-5761
**WATS#** 800-338-3220

| CUSTOMER # | DATE | INVOICE | PAGE |
|---|---|---|---|
| 701457 | 2/08/21 | 2381241 | 1 |

3625 W Old Potash Hwy., 68803 USA
REMIT TO: PO BOX 1848    GRAND ISLAND, NE 68802
For Inquiries: accountsreceivable@hornady.com

**PLEASE NOTIFY HORNADY MFG OF ANY DISCREPANCIES WITHIN 24 HOURS.**

S
O
L
D
T
O

GREENRAMP
1773 HARRISON RD
NEW MADISON, OH 45346-9795

701457

S
H
I
P
T
O

GREENRAMP
1773 HARRISON RD
NEW MADISON, OH 45346-9795

O HY LD

| CUSTOMER REFERENCE | SHIP VIA | ORDER # | SALESMAN NO. | TERMS |
|---|---|---|---|---|
| 1009 | FEDEX GROUND | 1440594 | 10113 | 4% 30 2% 60 NET 90 |

| ITEM NUMBER | | U/M | QUANTITY SHIPPED | QUANTITY BACK ORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | TRACKING# 946800089172 | | | | | |
| 91319 | AMMO 40 S&W 125 GR FRANGIBLE | BX | 100 | | 27.28 | 2,728.00 |
| | TOTAL WGT  153 LBS | | | | | |
| | | | | | Subtotal | 2,728.00 |

$109.12 DISCOUNT   NET AMOUNT DUE IF PAID BY  3/10/21   $2,618.88
$54.56 DISCOUNT   NET AMOUNT DUE IF PAID BY  4/09/21   $2,673.44

NET DUE  5/09/21 "PAST DUE" THEREAFTER . . . . . . . . . .USD TOTAL

2,728.00

# FedEx.

August 16, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 946800089172

---

**Delivery Information:**

---

| | | | |
|---|---|---|---|
| Status: | Delivered | **Delivered To:** | |
| Signed for by: | Signature not required | **Delivery Location:** | 1773 HARRISON RD |
| Service type: | FedEx Ground | | |
| Special Handling: | | | New Madison, OH, 45346 |
| | | **Delivery date:** | Feb 11, 2021 11:47 |

**Shipping Information:**

---

| | | | |
|---|---|---|---|
| Tracking number: | 946800089172 | **Ship Date:** | Feb 8, 2021 |
| | | **Weight:** | 31.0 LB/14.07 KG |

**Recipient:**
GREENRAMP, GREENRAMP
1773 HARRISON RD
NEW MADISON, OH, US, 45346

**Shipper:**
HORNADY MANUFACTURING CO, HORNADY MANUFACTURING CO
8350 W OLD POTASH HWY
ALDA, NE, US, 68810

**Reference** 1440594

**Shipment ID** 946800089128

Proof-of-delivery details appear below; however, no signature is available for this FedEx Ground shipment

because a signature was not required.

Thank you for choosing FedEx



**PHONE** 308-382-1390
**FAX#** 308-382-5761
**WATS#** 800-338-3220

| CUSTOMER # | DATE | INVOICE | PAGE |
|---|---|---|---|
| 701457 | 2/10/21 | 2383584 | 1 |

3625 W Old Potash Hwy., 68803 USA
REMIT TO: PO BOX 1848    GRAND ISLAND, NE 68802
For Inquiries: accountsreceivable@hornady.com

**PLEASE NOTIFY HORNADY MFG OF ANY DISCREPANCIES WITHIN 24 HOURS.**

```
S                              701457        S
O  GREENRAMP                                 H  GREENRAMP
L  1773 HARRISON RD                          I  1773 HARRISON RD
D  NEW MADISON, OH 45346-9795                P  NEW MADISON, OH 45346-9795
T                                            T
O                                            O
```

O 46 LD

| CUSTOMER REFERENCE | SHIP VIA | ORDER # | SALESMAN NO. | TERMS |
|---|---|---|---|---|
| 1011 | FDX FREIGHT | 1448583 | 10113 | 4% 90 NET 91 |

| ITEM NUMBER | | U/M | QUANTITY SHIPPED | QUANTITY BACK ORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | PRO# 6298388762 | | | | | |
| 75013 | SS SUPER TITAN XXL DBL DOOR | EA | 1 | | 2070.15 | 2,070.15 |
| | TOTAL WGT  905 LBS | | | | | |
| | | | | | Subtotal | 2,070.15 |
| | | | | | Special Charge | 325.00 |

$82.81 DISCOUNT   NET AMOUNT DUE IF PAID BY  5/11/21    $2,312.34

NET DUE  5/12/21 "PAST DUE" THEREAFTER . . . . . . . . .USD TOTAL        2,395.15

| Date: 2/10/2021 | **BILL OF LADING** | Page 1 of 1 |
|---|---|---|

| **SHIP FROM** | **Bill of Lading Number:** 266461 |
|---|---|
| Name: HORNADY MFG COMPANY<br>Address: 108 S APOLLO ST<br>City/State/Zip: ALDA, NE 68810            FOB ☒ | |

| **SHIP TO** | |
|---|---|
| Name: GREENRAMP<br>Address: 1773 HARRISON RD<br>Address:<br>Address:<br>City/State/Zip: NEW MADISON, OH 45346-9795<br>CID#: 0701457            FOB ☐ | **CARRIER NAME:** FDX FREIGHT<br><br>**SCAC:** FEXF<br>**Pro Number:** 6298388762 |

| **SPECIAL INSTRUCTIONS** | |
|---|---|
| LIFT GATE REQUIRED FOR DELIVERY. | **Freight Charge Terms:**<br>Prepaid __X__   Collect _____   3rd Party _____ |

| **CUSTOMER ORDER NUMBER INFORMATION** | | |
|---|---|---|
| 1011 | 1 CTNS | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION<br>Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 1 | PLTS | 1 | CS | 905 | | SAFE/VAULTS/ACCESSORIES | 172260 | 85 |
| | | | | 40 | | TARE WEIGHT | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 1 | | 1 | | 945 | | **GRAND TOTAL** | | |

48X40X28

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. [] 14706(c)(1)(A) and (B).**

| **SHIPPER SIGNATURE / DATE** | **CARRIER SIGNATURE / PICKUP DATE** |
|---|---|
| This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.  Property described above is received in good order, except as noted. |



PHONE 308-382-1390
FAX# 308-382-5761
WATS# 800-338-3220

3625 W Old Potash Hwy., 68803 USA
REMIT TO: PO BOX 1848    GRAND ISLAND, NE 68802
For Inquiries: accountsreceivable@hornady.com

| CUSTOMER # | DATE | INVOICE | PAGE |
|---|---|---|---|
| 701457 | 2/10/21 | 2383585 | 1 |

**PLEASE NOTIFY HORNADY MFG OF ANY DISCREPANCIES WITHIN 24 HOURS.**

```
S           GREENRAMP                         701457      S           GREENRAMP
O           1773 HARRISON RD                              H           1773 HARRISON RD
L           NEW MADISON, OH 45346-9795                    I           NEW MADISON, OH 45346-9795
D                                                         P
T                                                         T
O                                                         O
```

O HY LD

| CUSTOMER REFERENCE | SHIP VIA | ORDER # | SALESMAN NO. | TERMS |
|---|---|---|---|---|
| 1012 | FDX FREIGHT | 1448592 | 10113 | 4% 30 2% 60 NET 90 |

| ITEM NUMBER | | U/M | QUANTITY SHIPPED | QUANTITY BACK ORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | PRO# 6298388751 | | | | | |
| | DROP SHIPPED TO: | | | | | |
| | GREENRAMP LLC    37068 | | | | | |
| | C/O DAVID DRAPER | | | | | |
| | 255 SWALLOWTAIL CT | | | | | |
| | MOUNT PLEASANT, SC 29464-7758 | | | | | |
| 75013 | SS SUPER TITAN XXL DBL DOOR | EA | 1 | | 2070.15 | 2,070.15 |
| | TOTAL WGT  905 LBS | | | | | |
| | | | | | Subtotal | 2,070.15 |
| | | | | | Special Charge | 325.00 |

```
$82.81 DISCOUNT   NET AMOUNT DUE IF PAID BY  3/12/21    $2,312.34
$41.40 DISCOUNT   NET AMOUNT DUE IF PAID BY  4/11/21    $2,353.75

          NET DUE  5/11/21 "PAST DUE" THEREAFTER . . . . . . . . .USD TOTAL      2,395.15
```

| Date: 2/10/2021 | | | BILL OF LADING | | Page 1 of 1 | |
|---|---|---|---|---|---|---|

| SHIP FROM |
|---|
| Name: HORNADY MFG COMPANY |
| Address: 108 S APOLLO ST |
| City/State/Zip: ALDA, NE 68810 FOB ☒ |

**Bill of Lading Number:** 266463

| SHIP TO |
|---|
| Name: GREENRAMP LLC |
| Address: C/O DAVID DRAPER |
| Address: 255 SWALLOWTAIL CT |
| Address: |
| City/State/Zip: MOUNT PLEASANT, SC 29464-775 |
| CID#: 0701457 FOB ☐ |

**CARRIER NAME:** FDX FREIGHT

**SCAC:** FEXF
**Pro Number:** 6298388751

| SPECIAL INSTRUCTIONS |
|---|
| LIFT GATE REQUIRED FOR DELIVERY. |
| Phone: 614-578-7099 |
| david@greenrampllc.com |
| LIFTGATE SERVICE REQUIRED |

**Freight Charge Terms:**
Prepaid  X   Collect _____   3rd Party _____

| CUSTOMER ORDER NUMBER INFORMATION | | |
|---|---|---|
| 1012 | 1 CTNS | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| CARRIER INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. | LTL ONLY |
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 1 | PLTS | 1 | CS | 905 | | SAFE/VAULTS/ACCESSORIES | 172260 | 85 |
| | | | | 40 | | TARE WEIGHT | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 1 | | 1 | | 945 | | GRAND TOTAL | | |

48X40X28

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. [] 14706(c)(1)(A) and (B).

| SHIPPER SIGNATURE / DATE | | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|
| This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |



**Hornady**

PHONE 308-382-1390
FAX# 308-382-5761
WATS# 800-338-3220

| CUSTOMER # | DATE | INVOICE | PAGE |
|---|---|---|---|
| 701457 | 2/11/21 | 2384804 | 1 |

3625 W Old Potash Hwy., 68803 USA
REMIT TO: PO BOX 1848    GRAND ISLAND, NE 68802
For Inquiries: accountsreceivable@hornady.com

**PLEASE NOTIFY HORNADY MFG OF ANY DISCREPANCIES WITHIN 24 HOURS.**

```
S
O   GREENRAMP                          701457
L   1773 HARRISON RD
D   NEW MADISON, OH 45346-9795
T
O
```

```
S
H   GREENRAMP
I   1773 HARRISON RD
P   NEW MADISON, OH 45346-9795
T
O
```

O HY LD

| CUSTOMER REFERENCE | SHIP VIA | ORDER # | SALESMAN NO. | TERMS |
|---|---|---|---|---|
| C GREEN RAMP | ABF FREIGHT | 1298142 | 10113 | 4% 30 2% 60 NET 90 |

| ITEM NUMBER | | U/M | QUANTITY SHIPPED | QUANTITY BACK ORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | PRO# 336280374 | | | | | |
| | DROP SHIPPED TO: | | | | | |
| | GREENRAMP    36661 | | | | | |
| | % CHS WAREHOUSE & LOGISITC | | | | | |
| | 620 DOBBIN RD | | | | | |
| | CHARLESTON, SC 29414-5585 | | | | | |
| 86265 | AMMO 12GA TAP  RED REC 00 BUCK | BX | 40 | | 6.56 | 262.40 |
| | TOTAL WGT  35 LBS | | | | | |
| | | | | | Subtotal | 262.40 |

```
$10.50 DISCOUNT   NET AMOUNT DUE IF PAID BY  3/13/21      $251.90
 $5.25 DISCOUNT   NET AMOUNT DUE IF PAID BY  4/12/21      $257.15


            NET DUE  5/12/21 "PAST DUE" THEREAFTER . . . . . . . . .USD TOTAL      262.40
```

| Date: 2/11/2021 | BILL OF LADING | Page 1 of 1 |
|---|---|---|

**SHIP FROM**

Name: HMC
Address: 8350 W OLD POTASH HWY
City/State/Zip: ALDA, NE 68810     FOB ☒

**Bill of Lading Number:** 266646

**SHIP TO**

Name: GREENRAMP
Address: 620 DOBBIN RD
Address:
Address:
City/State/Zip: CHARLESTON, SC 29414-5585
CID#: 0701457     FOB ☐

**CARRIER NAME:** ABF FREIGHT

**SCAC:** ABFS
**Pro Number:** 336280374

**SPECIAL INSTRUCTIONS**

LIFT GATE REQUIRED FOR DELIVERY.

Phone: 614-578-7099

**Freight Charge Terms:**
Prepaid __X__     Collect _____     3rd Party _____

**CUSTOMER ORDER NUMBER INFORMATION**

| | |
|---|---|
| C GREEN RAMP | 4 CTNS |
| 00003 | 140 CTNS |
| 1005 | 170 CTNS |
| 1006 | 53 CTNS |
| | |
| | |
| | |
| | |
| | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION<br>Commodites requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 3 | PLTS | 367 | CS | 5519 | | CARTRIDGES,SMALL ARMS LTD QTY | 64300-02 | 85 |
| | | | | 120 | | TARE WEIGHT | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 3 | | 367 | | 5639 | | **GRAND TOTAL** | | |

48X40X31

48X40X18

48X40X28

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. [] 14706(c)(1)(A) and (B).**

**SHIPPER SIGNATURE / DATE**

This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.



3625 W Old Potash Hwy., 68803 USA
REMIT TO: PO BOX 1848    GRAND ISLAND, NE 68802
For Inquiries: accountsreceivable@hornady.com

PHONE 308-382-1390
FAX# 308-382-5761
WATS# 800-338-3220

| CUSTOMER # | DATE | INVOICE | PAGE |
|---|---|---|---|
| 701457 | 2/11/21 | 2384805 | 1 |

**PLEASE NOTIFY HORNADY MFG OF ANY DISCREPANCIES WITHIN 24 HOURS.**

S O L D T O
GREENRAMP
1773 HARRISON RD
NEW MADISON, OH 45346-9795

701457

S H I P T O
GREENRAMP
1773 HARRISON RD
NEW MADISON, OH 45346-9795

O HY LD

| CUSTOMER REFERENCE | SHIP VIA | ORDER # | SALESMAN NO. | TERMS |
|---|---|---|---|---|
| 00003 | ABF FREIGHT | 1358862 | 10113 | 4% 30 2% 60 NET 90 |

| ITEM NUMBER | | U/M | QUANTITY SHIPPED | QUANTITY BACK ORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | PRO# 336280374 | | | | | |
| | DROP SHIPPED TO: | | | | | |
| | GREENRAMP    36661 | | | | | |
| | % CHS WAREHOUSE & LOGISITC | | | | | |
| | 620 DOBBIN RD | | | | | |
| | CHARLESTON, SC 29414-5585 | | | | | |
| 80965 | AMMO 308 WIN 168GR A-MAX  TAP | BX | 1,400 | | 19.27 | 26,978.00 |
| | TOTAL WGT  1,747 LBS | | | | | |
| | | | | | Subtotal | 26,978.00 |

$1,079.12 DISCOUNT  NET AMOUNT DUE IF PAID BY  3/13/21  $25,898.88
$539.56 DISCOUNT  NET AMOUNT DUE IF PAID BY  4/12/21  $26,438.44

NET DUE  5/12/21 "PAST DUE" THEREAFTER . . . . . . . . .USD TOTAL  26,978.00

| Date:  2/11/2021 | BILL OF LADING | Page 1 of 1 |
|---|---|---|

### BILL OF LADING

| | |
|---|---|
| **SHIP FROM** | **Bill of Lading Number:** 266646 |
| Name:  HMC<br>Address: 8350 W OLD POTASH HWY<br>City/State/Zip: ALDA, NE  68810    FOB ☒ | |
| **SHIP TO** | **CARRIER NAME:** ABF FREIGHT |
| Name: GREENRAMP<br>Address: 620 DOBBIN RD<br>Address:<br>Address:<br>City/State/Zip: CHARLESTON, SC  29414-5585<br>CID#: 0701457    FOB ☐ | **SCAC:** ABFS<br>**Pro Number:**  336280374 |
| **SPECIAL INSTRUCTIONS**<br>LIFT GATE REQUIRED FOR DELIVERY.<br>Phone: 614-578-7099 | **Freight Charge Terms:**<br>Prepaid  X    Collect _____   3rd Party _____ |

**CUSTOMER ORDER NUMBER INFORMATION**

| C GREEN RAMP | 4 CTNS | | |
|---|---|---|---|
| 00003 | 140 CTNS | | |
| 1005 | 170 CTNS | | |
| 1006 | 53 CTNS | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION<br>Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 3 | PLTS | 367 | CS | 5519 | | CARTRIDGES, SMALL ARMS LTD QTY | 64300-02 | 85 |
| | | | | 120 | | TARE WEIGHT | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 3 | | 367 | | 5639 | | **GRAND TOTAL** | | |

48X40X31

48X40X18

48X40X28

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. [] 14706(c)(1)(A) and (B).**

| **SHIPPER SIGNATURE / DATE**<br>This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | **CARRIER SIGNATURE / PICKUP DATE**<br>Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.  Property described above is received in good order, except as noted. |
|---|---|



PHONE 308-382-1390
FAX# 308-382-5761
WATS# 800-338-3220

3625 W Old Potash Hwy., 68803 USA
REMIT TO: PO BOX 1848    GRAND ISLAND, NE 68802
For Inquiries: accountsreceivable@hornady.com

| CUSTOMER # | DATE | INVOICE | PAGE |
|---|---|---|---|
| 701457 | 2/11/21 | 2384806 | 1 |

**PLEASE NOTIFY HORNADY MFG OF ANY DISCREPANCIES WITHIN 24 HOURS.**

| S O L D T O | | S H I P T O |
|---|---|---|
| GREENRAMP 1773 HARRISON RD NEW MADISON, OH 45346-9795 | 701457 | GREENRAMP 1773 HARRISON RD NEW MADISON, OH 45346-9795 |

O HY LD

| CUSTOMER REFERENCE | SHIP VIA | ORDER # | SALESMAN NO. | TERMS |
|---|---|---|---|---|
| 1005 | ABF FREIGHT | 1419102 | 10113 | 4% 30 2% 60 NET 90 |

| ITEM NUMBER | | U/M | QUANTITY SHIPPED | QUANTITY BACK ORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | PRO# 336280374 | | | | | |
| | DROP SHIPPED TO: GREENRAMP    36661 % CHS WAREHOUSE & LOGISITC 620 DOBBIN RD CHARLESTON, SC 29414-5585 | | | | | |
| 90215 | AMMO 9MM+P 124 GR CRIT DUTY LE | BX | 1,700 | 28,300 | 21.37 | 36,329.00 |
| | TOTAL WGT  2,465 LBS | | | | | |
| | | | | | Subtotal | 36,329.00 |

| $1,453.16 DISCOUNT | NET AMOUNT DUE IF PAID BY  3/13/21 | $34,875.84 |
| $726.58 DISCOUNT | NET AMOUNT DUE IF PAID BY  4/12/21 | $35,602.42 |

NET DUE  5/12/21 "PAST DUE" THEREAFTER . .  . . . . . . .USD TOTAL          36,329.00

| Date: 2/11/2021 | BILL OF LADING | Page 1 of 1 |
|---|---|---|

**SHIP FROM**

Name: HMC
Address: 8350 W OLD POTASH HWY
City/State/Zip: ALDA, NE 68810          FOB ☒

**Bill of Lading Number:** 266646

**SHIP TO**

Name: GREENRAMP
Address: 620 DOBBIN RD
Address:
Address:
City/State/Zip: CHARLESTON, SC 29414-5585
CID#: 0701457          FOB ☐

**CARRIER NAME:** ABF FREIGHT

**SCAC:** ABFS
**Pro Number:** 336280374

**SPECIAL INSTRUCTIONS**

LIFT GATE REQUIRED FOR DELIVERY.

Phone: 614-578-7099

**Freight Charge Terms:**

Prepaid  X     Collect _____    3rd Party _____

**CUSTOMER ORDER NUMBER INFORMATION**

| | | | |
|---|---|---|---|
| C GREEN RAMP | 4 CTNS | | |
| 00003 | 140 CTNS | | |
| 1005 | 170 CTNS | | |
| 1006 | 53 CTNS | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION<br>Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 3 | PLTS | 367 | CS | 5519 | | CARTRIDGES,SMALL ARMS LTD QTY | 64300-02 | 85 |
| | | | | 120 | | TARE WEIGHT | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 3 | | 367 | | 5639 | | GRAND TOTAL | | |

48X40X31

48X40X18

48X40X28

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. [] 14706(c)(1)(A) and (B).**

**SHIPPER SIGNATURE / DATE**

This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.



PHONE 308-382-1390
FAX# 308-382-5761
WATS# 800-338-3220

3625 W Old Potash Hwy., 68803 USA
REMIT TO: PO BOX 1848   GRAND ISLAND, NE 68802
For Inquiries: accountsreceivable@hornady.com

| CUSTOMER # | DATE | INVOICE | PAGE |
|---|---|---|---|
| 701457 | 2/11/21 | 2384807 | 1 |

**PLEASE NOTIFY HORNADY MFG OF ANY DISCREPANCIES WITHIN 24 HOURS.**

S O L D T O

GREENRAMP
1773 HARRISON RD
NEW MADISON, OH 45346-9795

701457

S H I P T O

GREENRAMP
1773 HARRISON RD
NEW MADISON, OH 45346-9795

O HY LD

| CUSTOMER REFERENCE | SHIP VIA | ORDER # | SALESMAN NO. | TERMS |
|---|---|---|---|---|
| 1006 | ABF FREIGHT | 1419123 | 10113 | 4% 30 2% 60 NET 90 |

| ITEM NUMBER | | U/M | QUANTITY SHIPPED | QUANTITY BACK ORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | PRO# 336280374 | | | | | |
| | DROP SHIPPED TO: | | | | | |
| | GREENRAMP   36661 | | | | | |
| | % CHS WAREHOUSE & LOGISITC | | | | | |
| | 620 DOBBIN RD | | | | | |
| | CHARLESTON, SC 29414-5585 | | | | | |
| 90925 | AMMO 45 AUTO+P 220 CRT DUTY LE | BX | · 530 | 7,470 | 26.25 | 13,912.50 |
| | TOTAL WGT  1,272 LBS | | | | | |
| | | | | | Subtotal | 13,912.50 |

$556.50 DISCOUNT   NET AMOUNT DUE IF PAID BY  3/13/21   $13,356.00
$278.25 DISCOUNT   NET AMOUNT DUE IF PAID BY  4/12/21   $13,634.25

NET DUE  5/12/21 "PAST DUE" THEREAFTER . .  . . . . . . .USD TOTAL

13,912.50

| Date: 2/11/2021 | BILL OF LADING | Page 1 of 1 |
|---|---|---|

**SHIP FROM**

Name: HMC
Address: 8350 W OLD POTASH HWY
City/State/Zip: ALDA, NE 68810          FOB ☒

Bill of Lading Number: 266646

**SHIP TO**

Name: GREENRAMP
Address: 620 DOBBIN RD
Address:
Address:
City/State/Zip: CHARLESTON, SC 29414-5585
CID#: 0701457          FOB ☐

CARRIER NAME: ABF FREIGHT

SCAC: ABFS
Pro Number: 336280374

**SPECIAL INSTRUCTIONS**

LIFT GATE REQUIRED FOR DELIVERY.

Phone: 614-578-7099

**Freight Charge Terms:**

Prepaid __X__     Collect _____     3rd Party _____

**CUSTOMER ORDER NUMBER INFORMATION**

| C GREEN RAMP | 4 CTNS | | |
|---|---|---|---|
| 00003 | 140 CTNS | | |
| 1005 | 170 CTNS | | |
| 1006 | 53 CTNS | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodites requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 3 | PLTS | 367 | CS | 5519 | | CARTRIDGES, SMALL ARMS LTD QTY | 64300-02 | 85 |
| | | | | 120 | | TARE WEIGHT | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 3 | | 367 | | 5639 | | GRAND TOTAL | | |

48X40X31

48X40X18

48X40X28

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. [] 14706(c)(1)(A) and (B).**

**SHIPPER SIGNATURE / DATE**

This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.



PHONE 308-382-1390
FAX# 308-382-5761
WATS# 800-338-3220

3625 W Old Potash Hwy., 68803 USA
REMIT TO: PO BOX 1848    GRAND ISLAND, NE 68802
For Inquiries: accountsreceivable@hornady.com

| CUSTOMER # | DATE | INVOICE | PAGE |
|---|---|---|---|
| 701457 | 2/15/21 | 2387371 | 1 |

**PLEASE NOTIFY HORNADY MFG OF ANY DISCREPANCIES WITHIN 24 HOURS.**

```
S        GREENRAMP                          701457      S        GREENRAMP
O        1773 HARRISON RD                                H        1773 HARRISON RD
L        NEW MADISON, OH 45346-9795                      I        NEW MADISON, OH 45346-9795
D                                                        P
T                                                        T
O                                                        O
```

O HY LD

| CUSTOMER REFERENCE | SHIP VIA | ORDER # | SALESMAN NO. | TERMS |
|---|---|---|---|---|
| 1005 | ABF FREIGHT | 1419102 | 10113 | 4% 30 2% 60 NET 90 |

| ITEM NUMBER | | U/M | QUANTITY SHIPPED | QUANTITY BACK ORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | PRO# 336280418 | | | | | |
| | DROP SHIPPED TO: | | | | | |
| | GREENRAMP    36661 | | | | | |
| | % CHS WAREHOUSE & LOGISITC | | | | | |
| | 620 DOBBIN RD | | | | | |
| | CHARLESTON, SC 29414-5585 | | | | | |
| 90215 | AMMO 9MM+P 124 GR CRIT DUTY LE | BX | 1,660 | 26,640 | 21.37 | 35,474.20 |
| | TOTAL WGT  2,407 LBS | | | | | |
| | | | | | Subtotal | 35,474.20 |

```
$1,418.97 DISCOUNT   NET AMOUNT DUE IF PAID BY  3/17/21     $34,055.23
  $709.48 DISCOUNT   NET AMOUNT DUE IF PAID BY  4/16/21     $34,764.72

                                                                              35,474.20
              NET DUE  5/16/21 "PAST DUE" THEREAFTER . . . . . . . . . .USD TOTAL
```

| Date:  2/15/2021 | BILL OF LADING | Page 1 of 1 |
|---|---|---|

**SHIP FROM**

Name:  HORNADY MFG COMPANY
Address: 8350 W OLD POTASH HWY
City/State/Zip: ALDA, NE  68810        FOB ☒

**Bill of Lading Number:** 267045

**SHIP TO**

Name: GREENRAMP
Address: 620 DOBBIN RD
Address:
Address:
City/State/Zip: CHARLESTON, SC  29414-5585
CID#: 0701457                           FOB ☐

**CARRIER NAME:** ABF FREIGHT

**SCAC:** ABFS
**Pro Number:** 336280418

**SPECIAL INSTRUCTIONS**

LIFT GATE REQUIRED FOR DELIVERY.

Phone: 614-578-7099

**Freight Charge Terms:**
Prepaid __X__      Collect _____     3rd Party _____

**CUSTOMER ORDER NUMBER INFORMATION**

| 1005 | 166 CTNS | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION<br>Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 2 | PLTS | 166 | CS | 2407 | | CARTRIDGES,SMALL ARMS LTD QTY | 64300-02 | 85 |
| | | | | 80 | | TARE WEIGHT | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 2 | | 166 | | 2487 | | **GRAND TOTAL** | | |

48X40X18

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. [] 14706(c)(1)(A) and (B).**

| SHIPPER SIGNATURE / DATE | | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|
| This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |


# Hornady

PHONE 308-382-1390
FAX# 308-382-5761
WATS# 800-338-3220

3625 W Old Potash Hwy., 68803 USA
REMIT TO: PO BOX 1848    GRAND ISLAND, NE 68802
For Inquiries: accountsreceivable@hornady.com

| CUSTOMER # | DATE | INVOICE | PAGE |
|---|---|---|---|
| 701457 | 2/16/21 | 2388621 | 1 |

**PLEASE NOTIFY HORNADY MFG OF ANY DISCREPANCIES WITHIN 24 HOURS.**

```
S          GREENRAMP                    701457      S          GREENRAMP
O          1773 HARRISON RD                         H          1773 HARRISON RD
L          NEW MADISON, OH 45346-9795               I          NEW MADISON, OH 45346-9795
D                                                   P
T                                                   T
O                                                   O
```

O HY LD

| CUSTOMER REFERENCE | SHIP VIA | ORDER # | SALESMAN NO. | TERMS |
|---|---|---|---|---|
| 1005 | ABF FREIGHT | 1419102 | 10113 | 4% 30 2% 60 NET 90 |

| ITEM NUMBER | | U/M | QUANTITY SHIPPED | QUANTITY BACK ORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | PRO# 336280444 | | | | | |
| | | | | | | |
| | DROP SHIPPED TO: | | | | | |
| | GREENRAMP 36661 | | | | | |
| | % CHS WAREHOUSE & LOGISITC | | | | | |
| | 620 DOBBIN RD | | | | | |
| | CHARLESTON, SC 29414-5585 | | | | | |
| 90215 | AMMO 9MM+P 124 GR CRIT DUTY LE | BX | 1,560 | 25,080 | 21.37 | 33,337.20 |
| | | | | | | |
| | TOTAL WGT 2,262 LBS | | | | | |
| | | | | | Subtotal | 33,337.20 |

```
$1,333.49 DISCOUNT   NET AMOUNT DUE IF PAID BY  3/18/21   $32,003.71
  $666.74 DISCOUNT   NET AMOUNT DUE IF PAID BY  4/17/21   $32,670.46
```

```
                NET DUE  5/17/21 "PAST DUE" THEREAFTER . . . . . . . . .USD TOTAL
```
33,337.20

| Date: 2/16/2021 | **BILL OF LADING** | Page 1 of 1 |
|---|---|---|

**SHIP FROM**

Name: HORNADY MFG COMPANY
Address: 8350 W OLD POTASH HWY
City/State/Zip: ALDA, NE  68810          FOB ☒

**Bill of Lading Number:** 267301

**SHIP TO**

Name: GREENRAMP
Address: 620 DOBBIN RD
Address:
Address:
City/State/Zip: CHARLESTON, SC  29414-5585
CID#: 0701457          FOB ☐

**CARRIER NAME:** ABF FREIGHT

**SCAC:** ABFS
**Pro Number:** 336280444

**SPECIAL INSTRUCTIONS**

LIFT GATE REQUIRED FOR DELIVERY.

Phone: 614-578-7099

**Freight Charge Terms:**

Prepaid __X__     Collect _____     3rd Party _____

**CUSTOMER ORDER NUMBER INFORMATION**

| 1005 | 156 CTNS | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 2 | PLTS | 156 | CS | 2262 | | CARTRIDGES,SMALL ARMS LTD QTY | 64300-02 | 85 |
| | | | | 80 | | TARE WEIGHT | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **2** | | **156** | | **2342** | | **GRAND TOTAL** | | |

48X40X15

48X40X18

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. [] 14706(c)(1)(A) and (B).**

**SHIPPER SIGNATURE / DATE**

This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.



PHONE 308-382-1390
FAX# 308-382-5761
WATS# 800-338-3220

3625 W Old Potash Hwy., 68803 USA
REMIT TO: PO BOX 1848    GRAND ISLAND, NE 68802
For Inquiries: accountsreceivable@hornady.com

| CUSTOMER # | DATE | INVOICE | PAGE |
|---|---|---|---|
| 701457 | 2/18/21 | 2391232 | 1 |

**PLEASE NOTIFY HORNADY MFG OF ANY DISCREPANCIES WITHIN 24 HOURS.**

```
S       GREENRAMP                    701457     S       GREENRAMP
O       1773 HARRISON RD                        H       1773 HARRISON RD
L       NEW MADISON, OH 45346-9795              I       NEW MADISON, OH 45346-9795
D                                               P
                                                T
O                                               O
```

O HY LD

| CUSTOMER REFERENCE | SHIP VIA | ORDER # | SALESMAN NO. | TERMS |
|---|---|---|---|---|
| 1005 | FEDEX GROUND | 1419102 | 10113 | 4% 30 2% 60 NET 90 |

| ITEM NUMBER | | U/M | QUANTITY SHIPPED | QUANTITY BACK ORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | TRACKING# 946800119330 | | | | | |
| | DROP SHIPPED TO: | | | | | |
| | GREENRAMP    36661 | | | | | |
| | % CHS WAREHOUSE & LOGISITC | | | | | |
| | 620 DOBBIN RD | | | | | |
| | CHARLESTON, SC 29414-5585 | | | | | |
| 90235 | AMMO 9MM LUGER 135 CRT DUTY LE | BX | · 110 | 13,260 | 21.37 | 2,350.70 |
| | TOTAL WGT  169 LBS | | | | | |
| | | | | | Subtotal | 2,350.70 |

```
$94.03 DISCOUNT   NET AMOUNT DUE IF PAID BY  3/20/21    $2,256.67
$47.01 DISCOUNT   NET AMOUNT DUE IF PAID BY  4/19/21    $2,303.69

                                                                        2,350.70
          NET DUE  5/19/21 "PAST DUE" THEREAFTER . . . . . . . . .USD TOTAL
```

**FedEx.**

August 16, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 946800119330

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | **Delivered To:** | |
| Signed for by: | Signature on File | **Delivery Location:** | 620 DOBBIN RD |
| Service type: | FedEx Ground | | CHS WAREHOUSE   LOGI |
| Special Handling: | | | Charleston, SC, 29414 |
| | | **Delivery date:** | Feb 22, 2021 14:02 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 946800119330 | **Ship Date:** | Feb 18, 2021 |
| | | **Weight:** | 31.0 LB/14.07 KG |

**Recipient:**
GREENRAMP, GREENRAMP
CHS WAREHOUSE   LOGISITC
620 DOBBIN RD
CHARLESTON, SC, US, 29414

**Shipper:**
HORNADY MANUFACTURING CO, HORNADY MANUFACTURING CO
8350 W OLD POTASH HWY
ALDA, NE, US, 68810

Reference                 1419102
Shipment ID               946800119271

Proof-of-delivery details appear below; however, no signature is available for this FedEx Ground shipment

because a signature was not required.

Thank you for choosing FedEx