IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HORNADY MANUFACTURING COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GREEN RAMP LLC, et al., <br><br> Defendants. | 4:21-CV-3303 <br><br> ORDER |

This matter is before the Court on the plaintiffs' motion to remand (filing 9), the United States Magistrate Judge's Findings and Recommendation (filing 16) recommending that the motion be granted, and the defendants' objection to the findings and recommendation (filing 17). The Court has reviewed the parties' briefs and the record *de novo*, pursuant to 28 U.S.C. § 636(b)(1)(C).[1] On its *de novo* review, the Court agrees with the Magistrate Judge, and will grant the motion to remand for the reasons capably explained by the Magistrate Judge. Accordingly,

---

[1] The Court recognizes that there is a split of authority regarding whether a Magistrate Judge's decision on a motion to remand is dispositive or nondispositive for purposes of review by an Art. III judge. *See Banbury v. Omnitrition Int'l, Inc.*, 818 F. Supp. 276, 279 (D. Minn. 1993). But many courts have concluded that such an order is effectively dispositive. *See Davidson v. Georgia-Pac., L.L.C.*, 819 F.3d 758, 763-64 (5th Cir. 2016); *Flam v. Flam*, 788 F.3d 1043, 1046-48 (9th Cir. 2015); *Williams v. Beemiller, Inc.*, 527 F.3d 259, 266 (2d Cir. 2008); *Vogel v. U.S. Office Prod. Co.*, 258 F.3d 509, 517-18 (6th Cir. 2001); *First Union Mortg. Corp. v. Smith*, 229 F.3d 992, 995-96 (10th Cir. 2000); *In re U.S. Healthcare*, 159 F.3d 142, 145-46 (3d Cir. 1998). Out of caution, the Court has reviewed the Magistrate Judge's findings and recommendation *de novo*.

- 2 -

IT IS ORDERED:

1. The defendants' objection (filing 17) is overruled.

2. The Magistrate Judge's Findings and Recommendation (filing 16) are adopted.

3. The plaintiff's motion to remand (filing 9) is granted.

4. This case is remanded to the District Court for Lancaster County, Nebraska.

Dated this 10th day of December, 2021.

BY THE COURT:

John M. Gerrard
United States District Judge